IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FLORENCE MUSSAT, M.D., S.C., on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 14-cv-2259 |
| v. | ) ) ) | Judge Castillo |
| THE SCHWARTZ GROUP, INC.; PACIRA PHARMACEUTICALS, INC.; MJM SIGNATURE GROUP, INC., doing business as CPE COMMUNICATIONS; and JOHN DOES 1-10, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Florence Mussat, M.D., S.C. voluntarily dismisses its individual claims against defendants The Schwartz Group, Inc., Pacira Pharmaceuticals, Inc., MJM Signature Group, Inc. d/b/a CPE Communications with prejudice and without costs. Plaintiff voluntarily dismisses its class claims against defendants The Schwartz Group, Inc., Pacira Pharmaceuticals, Inc., MJM Signature Group, Inc. d/b/a CPE Communications without prejudice, notice, or costs.

This Stipulation disposes of the entire action.

Respectfully submitted,

| | |
|---|---|
| /s/ Dulijaza Clark | /s/ Yesha Sutaria (with permission) |
| Dulijaza (Julie) Clark | Yesha Sutaria |
| Daniel A. Edelman | Eric Samore |
| EDELMAN, COMBS, LATTURNER & GOODWIN | SmithAmundsen LLC 150 N. Michigan Avenue |
| 120 S. LaSalle Street, 18th Floor | Suite 3300 |
| Chicago, IL 60603 | Chicago, IL 60601 |
| (312) 739-4200 | (312) 894-3200 |
| (312) 374-3403 (FAX) | (312) 894-3200 (FAX) |
| | |
| Counsel for Plaintiff and the Class | Counsel for Defendants |

1

## CERTIFICATE OF SERVICE

      I, Dulijaza Clark, certify that on June 30, 2014, I caused a true and accurate copy of the foregoing document to be served, via the Court's CM/ECF system, on the following parties:

      Yesha Sutaria
      Eric L. Samore
      Molly Anne Arranz
      Smith Amundsen, LLC
      150 North Michigan Ave., Ste. 3300
      (312) 894-3200
      marranz@osalaw.com
      esamore@salawus.com
      ysutaria@salawus.com

                                    /s/ Dulijaza Clark
                                    Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

Curtis C. Warner
WARNER LAW FIRM, LLC
1400 E. Touhy, Ste. 425
Des Plaines, Illinois  60018
(847) 701-5290
(312) 638-9139 (FAX)